A COMPLAINT UNDER THE CIVIL RIGHTS ACT,
42 U.S.C. §1983

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED

JUN 21 2002

ROBERT ~~~~~ELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF LOUISIANA

SEC P

Ernest L. Jones           CV02-1320-A

Inmate (DOC) number

_____

_____          JUDGE LITTLE

(Enter above the full name of each     MAGISTRATE JUDGE KIRK
plaintiff in this action.)

VERSUS

Ferriday Police Department

Richard Greene

Frank Henderson

_____

(Enter above the full name of each
defendant in this action.)

Instructions for Filing Complaint by Prisoners
Under the Civil Rights Act, 42 U.S.C. §1983.

This packet includes two copies of a complaint form and one copy of the pauper affidavit.

IF YOU ARE A PARISH PRISONER, you must file an original and one copy of your complaint for each defendant you name. For example, if you name two defendants, you must file the original and two copies of the complaint. You should also keep an additional copy of the complaint for your own records.

IF YOU ARE A D.O.C. PRISONER, you must file an original and one copy of your complaint. If the defendants are still employed by the Department of Public Safety

and Corrections, only one service copy is needed. Otherwise, you must supply a copy of the complaint and the service address for <u>each</u> defendant no longer employed by the Department of Public Safety and Corrections.

<u>All copies of the complaint must be identical to the original</u>.

The names of <u>all parties</u> must be listed in the caption and in part III of the complaint <u>exactly the same</u>.

In order for this complaint to be filed, it must be accompanied by the filing fee of $ 120.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pre-pay the filing fee and service costs, you may petition the court to proceed in forma pauperis. For this purpose, a pauper affidavit is included in this packet. You must sign the affidavit, and obtain the signature of an authorized officer certifying the amount of money in your inmate account. If pauper status is granted, you will be required to pay an initial partial filing fee and thereafter, prison officials shall be ordered to forward monthly payments from your inmate account until the entire filing fee is paid.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS. ALSO, <u>DO NOT INCLUDE EXHIBITS</u>.

When you have completed these forms, mail the original and copies to the Clerk of the United States District Court for the _____ District of Louisiana.

I.   Previous Lawsuits

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?
   Yes ( )  No ( )

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit
         Plaintiff(s): _____
         _____

Defendant(s): _____
_____

2. Court (if federal court, name the district; if state court, name the parish):
_____
_____

3. Docket number: _____

4. Name of judge to whom case was assigned: _____
_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?):
_____
_____

6. Date of filing lawsuit: _____
7. Date of disposition: _____
C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, dismissed by any federal court as frivolous, malicious, or for failure to state a claim for which relief can be granted?
    Yes ( )    No ( )

If your answer is yes, list the civil action numbers and the disposition of each case. You must identify in which federal district or appellate court the action was brought.
_____
_____

II.    Place of present confinement: <u>C.P.C.F. 26356 Hwy 15 Ferriday, La. 71334</u>

    A. Is there a prisoner grievance procedure in this institution?
        Yes (✓) No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes ( ) No (✓)

C. If your answer is Yes:

1. Identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed. _____
_____

2. What steps did you take? _____
_____
_____

3. What was the result? _____
_____

D. If your answer is No, explain why not: _____
_____

III. Parties
(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff(s) __Ernest Jones__
   Address __C.P.C.F. 26356 Hwy 15 Ferriday, La. 71334__
In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant __Richard Greene__
is employed as __Police Investigator__
at __1302 N.E.E. Wallace Blvd. Ferriday, La. 71334__

C. Additional Defendants: __Frank Henderson__
   __police officer__
   __1302 N.E.E. Wallace Blvd. Ferriday, La. 71334__

4

IV.  Statement of Claim

State here as briefly as possible the <u>facts</u> of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates, and places.  <u>Do not given any legal arguments or cite any cases or statutes.</u>  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need. Attach extra sheets if necessary.)

Investigator Richard Greene ordered my arrest. Police Officer Frank Henderson arrived at 612 south First street in Ferriday. Frank knocked on door. I answered the door, Frank stated that he had been looking everywhere for me. I asked him what's up, he told me that I'm wanted at police station on routine basis. I told Frank Henderson that I have other things to do, he then ordered me with authority to go with him. Frank ordered me in back seat of police car without telling me for what cause nor was my Miranda Rights advised to me. We drove to station, Frank let me out of car and lead me inside station to a room beside the dispatched office. Frank still didn't tell me what I was there for nor was my miranda rights advised to me. I told Frank again that I wanted to go because I had other things to do, he wouldn't let me leave, Frank then gave me a dirict order to sit down and hold tight because he was a waiting word from Investigator Richard whom was at the hospital. Frank left station and came back. Two and ½ hours had passed. Finally a call came from Richard Greene commanding Frank Henderson to arre

Continue on attached sheets →

Continue from page 5

me in for Agg Rape. Frank Henderson then came in the room that I was in with a blank booking sheet in his hand. Frank sat down and asked me all the questions on the booking sheet. I answered all the questions he asked me without having been advised of my Miranda Rights. But after booking sheet question was over, Frank finally read and advised me of my Miranda Rights. I told him that I did understand them, then Frank reached me the Miranda Rights form to sign. I did sign the Waiver.

### Related Claim

Groman v. Township of Manalapan, 47 F3d 628 (3rd Cir. 1995) When police lack probable cause to make arrest, arrestee has claim under 1983 for false imprisonment based on detention pursuant to that arrest

US v. Bizier 111 F3d 214 (1st Cir 1997) Evidence recovered after arrest may not form basis of probable cause for that arrest

Ruehman v. Sheahan, 34 F3d 525 (7th Cir. 1994) Arrest without probable cause is illegal no matter what officers believed.

V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Attach no exhibits. _I want the relief that an accused is entitled to for false imprisonment based on detention pursuant to that arrest. I want the court to grant me relief the result of an illegal arrest and Nominal Damages._

VI. Plaintiff's Declaration

1. I understand that I am prohibited from bringing a civil action in forma pauperis if, while I was incarcerated or detained in any facility, I have brought three or more civil actions or appeals in a court of the United States that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

2. I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire filing fee and any costs assessed by the Court, which, after payment of the partial initial filing fee, shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

3. I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

Signed this 17th day of June, 2002.

_Ernest Lee Jones_

_____
Signature of plaintiff(s)

NO: _____   FILED October 1, 20__
By _Joyce W. _____
Deputy Clerk of Court

## AFFIDAVIT, WRIT AND BOND

01-476

| THE STATE OF LOUISIANA | | | PARISH OF CONCORDIA |
|---|---|---|---|
| Vs | | | |
| ERNEST RAY JONES | R/S | B/M | 7th Judicial District Court |
| 418 WASHINGTON | D/L | State | |
| CLAYTON, LA | SSN 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 | DOB 08-13-66 | |

BEFORE ME, the undersigned authority, personally came and appeared, __ERNEST RAY JONES__ who being by me duly sworn deposes and swears that on or about __27th SEPTEMBER 2001__, within said Parish of Concordia and State of Louisiana, one __ERNEST RAY JONES__ did then and there, willfully, feloniously and of his malice aforethought commit the following offense:

__AGGRAVATED RAPE  RS 14:42__

, contrary to the statutes of the State of Louisiana, in such cases made and provided and against the peace and dignity of the same.

WHEREFORE, affiant prays that the said __ERNEST RAY JONES__ be arrested and dealt with as the law directs.

_Mary Reed_
Affiants

Sworn to and subscribed before me, this ___ day of _____ 2001

_____
Judge, 7th Judicial District
or
_____
Notary Public

### THE STATE OF LOUISIANA,

To the Constable, Sheriff or any Lawful Deputy, Greetings:

This is to command you, in the name of the State of Louisiana, to arrest the above accused __ERNEST RAY JONES__ as charged in the above affidavit and bring __HIM__ before me to be dealt with according to law.  I hereby fix the bail bond in the sum of _____ HUNDRED DOLLARS, which Justice of the Peace or the Sheriff of Concordia Parish, La., or any of his Lawful Deputies, is authorized to accept when tendered in legal form, and with good and solvent sureties.

Signed in Chambers, this __1st__ day of __October__ 2001

_____
Judge, 7th Judicial District

A TRUE COPY
ATTEST
_Joyce W. Sibley_
DEPUTY CLERK OF COURT
CONCORDIA PARISH, LA

# INTERROGATION: ADVICE OF RIGHTS

## YOUR RIGHTS

Name ERNEST RAY JONES
418 WASHINGTON HEIGHTS
CLAYTON, LA
DOB: 08-13-66

Place FPD

Date 27 SEPT. 2001

Time 15:30

✓ Before we ask you any questions, you must understand your rights.

✓ You have the right to remain silent.

✓ Anything you say can be used against you in court.

✓ You have the right to talk to a lawyer for advice before we ask you any questions and to have him with you during questioning.

✓ If you cannot afford a lawyer, one will be appointed for you before any questioning if you wish.

✓ If you decide to answer questions now without a lawyer present, you will still have the right to stop answering at any time. You also have the right to stop answering at any time until you talk to a lawyer.

## WAIVER OF RIGHTS

✓ I have had the above statements of my rights read and explained to me and fully understanding these rights I waive them freely and voluntarily, without threat or intimidation and without any promise of reward or immunity.

Signed _Ernest Jones_

Witness: _Rev. Frank Henderson_

Witness: _____

Time: 15:33

ROBERTSON - FERRIDAY

# ARREST REPORT

NO. _____                                                                 NO. _____

**NAME OF PERSON ARRESTED:** ERNEST - RAY JONES
**ALIAS OR NICKNAME(S):**
**ARREST DATE:** 27 SEPT. 01

**ADDRESS OF SUSPECT:** 418 WASHINGTON HEIGHTS
**OCCUPATION:**
**TIME:** 15:30 PM

**SOCIAL SECURITY NO.:** 434/33/0928   **STATE:** LA
**DRIVER'S LICENSE INFORMATION — LICENSE NUMBER / TYPE / EXPIRES:**

**AGE:** 35   **RACE:** BLK   **SEX:** M   **EYES:** BRO   **HAIR:** BLK   **HEIGHT:** 5'9"   **WEIGHT:** 178   **DATE OF BIRTH:** 08-13-66   **PLACE OF BIRTH:** MONROE   **TATTOOES OR ID. MARKS:**

**WHERE ARRESTED:** 612 FIRST STREET
**HOW ARREST MADE:** ☐ ON VIEW  ☒ CALL  ☐ WARRANT
**WARRANT NO.:**   **WARRANT DATE:**

**OFFENSE(S) SUSPECTED OR CHARGED:** AGGRAVATED RAPE

**DATE OFFENSE COMMITTED:** 27 SEPT. 01   **TIME:** 15:00 PM   **COURT:** MAGISTRATE

**WHERE OFFENSE:** 106 GEORGIA AVENUE   **TYPE PREMISES:**   **BUSINESS TRADE N:**

**ARMED:** ☒ YES  ☐ NO   **TYPE WEAPON:** KNIFE
**CHECK ALL ITEMS WHICH APPLY:** ☐ DRUNK  ☐ DRINKING  ☐ CURSED  ☐ RESISTED  ☐

**PREVIOUS ARRESTS:**
**OTHER PERSONS ARRESTED FOR SAME OFFENSE:**

**VEHICLE INVOLVED — YEAR / MAKE / MODEL / STYLE / COLOR / LICENSE # / STATE / EXP. / IMPOUNDED:** ☐ YES   **WHERE:**

**PROPERTY PLACED IN PROPERTY ROOM:**

**NAME OF COMPLAINANT:**
**RELATION OF COMPLAINANT & SUSPECT - IF ANY?:**

**ADDRESS OF COMPLAINANT:**   **BEST PHONE:**   **OTHER PHONE:**

**WITNESSES NAME / BEST CONTACT ADDRESS / AGE / BEST PHONE / OTHER PHONE / PARENT OR GUARDIAN:**

**NOTE FACTS OF ARREST NOT INCLUDED ABOVE:**

SEE OFFENSE INCIDENT REPORT

**ARRESTEE'S RIGHTS GIVEN BY:** PTN. FRANK HENDERSON   **DATE:** 27 SEPT. 01   **TIME:** 15:33   **PLACE:** F.P.D

**RESULTS OF INVESTIGATION:**   **NCIC #:**

**ARRESTING OFFICERS:** HENDERSON   **REPORT MADE BY:** PTN. Frank Henderson   **FINAL DISPOSITION:** P.T.J.

Use supplementary report for additional information not covered above

# OFFENSE/INCIDENT REPORT

| | | |
|---|---|---|
| NO. 2018-01 | AGGRAVATED RAPE | NO. |
| DATE OF REPORT 09-27-01 | CLASSIFICATION | |

**1 COMPLAINANT OR FIRM:** MARY ROSE REED  
**AGE RACE SEX:** 54 B/F  
**2 PHONE (BUSINESS):** NONE

**3 COMPLAINANT'S ADDRESS:** 106 GEORGIA AVE.  
**4 CITY:** FERRIDAY, LA  
**5 PHONE (RESIDENCE):** NONE

**6 COMPLAINANT'S BUSINESS OR SCHOOL:** N/A  
**ADDRESS:** N/A  
**JOB TITLE (GRADE):** N/A  
**WILL COMPLAINANT PROSECUTE?:** ☒ YES ☐ NO

**7 OFFENSE/INCIDENT (AS REPORTED):** RAPE  
**8 LOCATION ADDRESS:** 106 GEORGIA AVE. FERRIDAY  
**9 TYPE PREMISES:** RESIDENTIAL

**10 DAY DATE & TIME OF OFFENSE:** 09-27-01 11:51 A.M.  
**11 REPORTED BY:** COMP  
**12 REPORTED TO:** FERRIDAY P.D.  
**13 HOW REPORTED:** PHONE

**14 BODILY INJURIES:** ☒ YES ☐ NO  
**VICTIM TAKEN TO:** RIVERLAND  
**15 TRANSPORTED BY:** INV. GREENE / OFFICER HARRIS  
**16 DESC. INJURIES:** N/A  
**17 CONDITION:** N/A

**18 M/O HOW DONE FORCE USED WITH WHAT TOOL OR WEAPON OTHER ACTS OR TRADEMARKS:**  
GRABBED VICTIM'S HAIR PLACED KNIFE TO THROAT / POCKET KNIFE (WEAPON)

**19 VEHICLE INVOLVED?** ☒ NO ☐ YES **OWNER:** N/A  
**20 YEAR COLOR MAKE MODEL BODY STYLE LIC. NO. YEAR STATE VIN NO.:** N/A

**CODES:** S—STOLEN PROPERTY  D—DAMAGED PROPERTY  L—LOST PROPERTY  F—FOUND PROPERTY

| 21 CODE S-D-L-F | QTY. | DESCRIPTION (SIZE, COLOR, MODEL, STYLE, MATERIAL, CONDITION) | SERIAL NO. | WHERE PURCHASED | VAL |
|---|---|---|---|---|---|
| | | N./A | N/A | N/A | N/A |

**22 DISPOSITION OF PROPERTY:**  
**23 TOTAL VALUE:**

| 24 WITNESSES NAME | BEST CONTACT ADDRESS | AGE | BEST PHONE | OTHER PHONE |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |

**25 NAME AND ADDRESS OF SUSPECT(S) (AGE, RACE, DESCRIPTION, RELATION TO COMPLAINANT OR WITNESS):**
1. ERNEST RAY JONES   B/M
2.

**6 DETAILS NOT COVERED ABOVE:**

ON SEPTEMBER 27, 01, AT APPROXIMATELY 11:51A.M., OFFICER BRENDA HARRIS AND INVESTIGATOR RICHARD GREENE WAS DISPATCHED TO 106 GEORGIA AVE., IN REFERENCE TO A RAPE. INITIAL CALL WAS RECEIVED AT APPROXIMATELY 11:14 HOWEVER, ADDRESS GIVEN WAS 601 GEORGIA AVE. AFTER CORRECTION OF ADDRESS WAS OBTAINED, OFFICERS WERE 10-97 AT LOCATION (11:51A.M.) UPON ARRIVAL AT SCENE, COMP. MARY ROSE REED STATED THAT ERNEST JONES HAD RAPED HER. OFFICER FRANK HENDERSON ARRIVED AT SCENE SHORTLY AFTER WE HAD GONE 10-97

**INVESTIGATING OFFICER(S):** [signature: Richard Greene]  
**28 REPORT MADE BY:** [signature: Richard Greene]  **DATE:**

**CASE FILED:** ☐ YES ☐ NO  
**30 THIS CASE IS:** ☐ Cleared by arrest ☐ Unfounded ☐ Inactive ☐ Other  
**31 APPROVED BY:**  
**BADGE NO.:**

SHE HAD NOT TAKEN A BATH OR CLEANED UP IN ANY WAY. AFTER RECEIVING THIS INFORMATION, I, INVESTIGATOR RICHARD GREENE, INSTRUCTED OFFICER FRANK HENDERSON TO LOCATE ERNEST JONES AND ARREST HIM ON THE CHARGE OF AGGRAVATED RAPE DUE TO MRS. REED STATED ERNEST JONES HAD USED A POCKET KNIFE DURING THE OFFENSE.

SHE HAD NOT TAKEN A BATH OR CLEANED UP IN ANY WAY. AFTER RECEIVING THIS INFORMATION, I, INVESTIGATOR RICHARD GREENE, INSTRUCTED OFFICER FRANK HENDERSON TO LOCATE ERNEST JONES AND ARREST HIM ON THE CHARGE OF AGGRAVATED RAPE DUE TO MRS. REED STATED ERNEST JONES HAD USED A POCKET KNIFE DURING THE OFFENSE.

ERNEST JONES
PETITIONER

VERSUS

STATE OF LOUISIANA

RECEIVED
JUN 21 2002
ROBERT H. ~~~~~~
WESTERN SHREVEPORT

DKT. NO. _____

___ JUDICIAL DISTRICT COURT

PARISH OF _____

_____    _____
CLERK                          FILED

## MOTION AND AFFIDAVIT IN SUPPORT OF MOTION
## TO PROCEED IN FORMA PAUPERIS

I, <u>ERNEST JONES</u>, being first duly sworn, depose and say that I am the petitioner in the above entitled case; that I move to proceed in forma pauperis and in support of my motion to proceed without being required to prepay fees, costs or give security thereof I state because of my poverty and lack of means, I am unable to pay the cost of said proceeding in advance or as he accrue, or furnish security therefor, that I believe I am entitled to redress in accordance with **Chapter 5 of Book IX of the La. Code of Civil Procedure.**

I further attest that the responses, which I have made to questions and instructions below, are true.

1.) Have you received within the past twelve months any money from the following sources?

   a. Business, profession or from self-employment?
   Yes _____ No __X__
   b. Rent payments, interest or dividends?
   Yes _____ No __X__
   c. Pensions, annuities or life insurance payments?
   Yes _____ No __X__
   d. Gifts or inheritances?
   Yes _____ No __X__
   e. Any other sources:
   Yes _____ No __X__

If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past Twelve months.
_____
_____
_____

2.) Do you own any cash, or do you have any money in a checking account or savings account? YES _____ NO __X__ (include any funds in prison accounts.) If answer is "yes" state the total value of the items owned.

3.) Do you own any real estate, stocks, bonds notes, automobiles, or other valuables property (excluding ordinary household furnishing and clothes) YES _____ NO __X__ if the answer is yes, describe the property and state its approximate value.

   I understand that a false statement or answer to any questions in this affidavit will subject me to penalties for perjury. I hereby authorize appropriate officials of the Department of Corrections to withdraw from my prison account and forward to the Clerk of the ___ Judicial District Court any sum of money which may hereafter be ordered by the Court for the payment of Court costs.

                                                        *Ernest Jones*
                                                      Petitioner's signature

STATE OF LOUISIANA
PARISH OF CONCORDIA

ERNEST JONES, BEING FIRST DULY SWORN UNDER OATH, presents that he has read, signed and subscribed to the above and states that the information therein is true and correct.

*Ernest Jones*
Signature of Plaintiff

Subscribed and sworn to before me this 20 day of June, 2002.

Witnessed by: {if need be}
1.] _____
2.] _____

[Done in Lieu of: if need be]

_____
Notary Public or other person
Authorized to administer an oath


STATE OF LOUISIANA
PARISH OF CONCORDIA

DON JACKSON, attests that he is not an attorney for an attorney for plaintiff; that he knows plaintiff; and, knows his financial condition, and believes that he is unable to pay the costs of court in advance, or as they accrue or to furnish security therefor.

*Don Jackson*
Signature of Affiant

Subscribed and sworn to before me this 20 day of June, 2002.

Witnessed by: {if need be}
1.] _____
2.] _____

[Done in Lieu of: if need be]

_____
Notary Public or other person
Authorized to administer an oath

### CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $ .07¢ , on account to his credit at the Concordia Parish Correctional Facility I where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of this facility:

_____
_____
_____

DATE: 06/18/02

*Deborah Jones*
Authorized Officer

| | |
|---|---|
| ERNEST JONES | DKT. NO. _____ |
| PETITIONER | ___ JUDICIAL DISTRICT COURT |
| VERSUS | |
| | PARISH OF _____ |
| STATE OF LOUISIANA | |
| _____ | _____ |
| CLERK | FILED |

### O*R*D*E*R

IT IS HEREBY ORDERED that _____ (shall) (shall not) be permitted to proceed in forma pauperis.

IT IS FURTHER ORDERED that _____ shall have Thirty (30) days from the date of this order to deposit with the Court the required Court costs; and all action, including service of process, is hereby stayed pending costs of Court. Failure to deposit the above ordered Court costs within the Thirty(30) day period shall result in the dismissal of this suit.

IT IS FURTHER ORDERED that after costs of Court have been paid, the Clerk of Court shall process the suit and issue citation to the defendant(s) in accordance with law.

READ, RENDERED, AND SIGNED THIS ____ DAY OF _____, 2002.

_____
JUDGE ___ J D C